IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY L. MORRIS, JR.,

    Petitioner,

v.    Case No.  4:20cv49-MW/HTC

LEON COUNTY SHERIFF
WALTER McNEIL, and
STATE OF FLORIDA,

    Respondents.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Petitioner's objection to the report and recommendation, ECF No. 17.   Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED  without prejudice** for lack of exhaustion and because of the

1

Court's duty to abstain under the *Younger* abstention doctrine. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on May 11, 2020.**

<u>s/ MARK E. WALKER</u>
**Chief United States District Judge**